# CASES

### ARGUED AND DETERMINED

### IN THE

## SUPREME COURT OF JUDICATURE

### OF THE

## STATE OF NEW-YORK,

IN FEBRUARY TERM, 1829, IN THE FIFTY-THIRD YEAR OF OUR INDEPENDENCE.

---

### MORSE vs. LA FARGE.

THE plaintiff countermanded a notice of trial two days previous to the circuit, and stipulated to pay the defendant's costs. The payment being refused after taxation of the costs, the defendant applied for an attachment, or for such rule or order as the court should direct.

*The Court* granted a rule that the plaintiff pay the costs within twenty days after service of notice of the same, or that he shew cause by the first day of the next term.

*J. Clarke*, for defendant.

*J. Butterfield*, for plaintiff.

A rule to shew cause why plaintiff should not pay the defendant's costs of preparing for trial, where the notice of trial is countermanded, will be granted on application.

---

### ANON.

MOTIONS in real actions will be heard only on *non-enumerated* days. The rules of October term, 1827, have not changed the practice in this particular.

Motions in real actions must be made on non-enumerated days.